**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

# MEMORANDUM

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:16-mj-1256**

**DEANNA M. ROBERTS**

---

DATE: May 23, 2016

**Your Case No.: 1:16-CR-171**

TO: United States District Court
Northern District of Georgia
75 Ted Turner Drive
Atlanta, GA 30303

FROM: Helyn LaTorre, Courtroom Deputy for
David A. Baker, United States Magistrate Judge
U.S. Courthouse
401 West Central Boulevard
Orlando, Florida 32801

SUBJECT: Rule 5(c) Proceedings

The above styled case originated in your district. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

INITIAL APPEARANCE: May 17, 2016

RELEASE/DETENTION: The Defendant was ordered detained and removed to the charging district.

SCHEDULED HEARING: Upon notice by the charging district.

CHARGING DOCUMENT: Indictment

Enclosures.